UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KARENOVICH G.,[1] | No.  1:26-cv-02325-TLN-EFB |
| Petitioner, | A# 241-139-229 |
| v. | |
| CHRISTOPHER CHESTNUT, et al., | **ORDER** |
| Respondents. | |

Petitioner, an immigration detainee proceeding through counsel, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 22, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  (ECF No. 24.)  Respondents have filed a one-sentence objection reasserting their position in opposition.  (ECF No. 26.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

---

[1]    The Court omits Petitioner's full name to protect sensitive personal information.  *See* Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;[2]

2.  Respondents shall IMMEDIATELY RELEASE Petitioner (A# 241-139-229), under the previously-imposed conditions of supervision;

3.  Respondents are ENJOINED AND RESTRAINED from revoking Petitioner's supervision unless and until they comply with all procedures set forth in 8 C.F.R. § 241.13(i), any other applicable statutes and regulations, and the requirements of due Process, including a minimum of seven-days' pre-deprivation notice;

4.  The Clerk of Court is directed to serve this Order on the **California City Immigration Processing Center**; and

5.  The Clerk of Court shall enter judgment in Petitioner's favor and close the case.

IT IS SO ORDERED.

Date: July 7, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

---

[2] Petitioner also seeks an award of attorney's fees and costs under the Equal Access to Justice Act.  (ECF No. 1.)  The Court will consider any timely filed request for fees and costs on a properly noticed and supported motion.

2